| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201) 845-1000<br>Special Counsel for Allen D. Wilen, Liquidating Trustee for Bayonne Medical Center Liquidating Trust<br>Michael E. Holt (MEH-8735) | **FILED**<br>JAMES J. WALDRON, CLERK<br>JUN 23 2009<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>BAYONNE MEDICAL CENTER,<br><br>    Debtor. | Chapter 11<br><br>Case No. 07-15195 (MS) |
| BAYONNE MEDICAL CENTER,<br><br>    Plaintiff,<br>v.<br><br>TOTAL REPAIR EXPRESS, LLC,<br><br>    Defendant. | Adv. Pro. No. 09-1669 |

## JOINT ORDER SCHEDULING
## PRETRIAL PROCEEDINGS AND TRIAL

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

6/23/09

A pretrial conference having been scheduled pursuant to *Fed. R. Civ. P.* 16(b) and (e), made applicable to these proceedings by *Fed. R. Bankr. P.* 7016, it is

**ORDERED** that:

1. All discovery is to be completed by September 9, 2009. Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions shall not constitute cause for an adjournment of the scheduled trial date.

2. All other motions shall be filed no later than October 9, 2009 and returnable no later than November 8, 2009. Late filed motions shall not constitute cause for an adjournment of the scheduled trial date.

3. (  ) (CHECK IF APPLICABLE). The parties agree to pursue mediation on to attempt to resolve disputed matters. A separate mediation order selecting a mediator and providing for a mediation schedule shall be submitted within ten (10) days.

4. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with copies of pre-marked exhibits no later than ~~ten (10)~~ (3) days prior to the trial. The parties anticipate a trial of approximately _____.

5. All parties shall bring to the trial sufficient copies of their exhibit lists to provide two to the court and one for each adversary. All parties shall also bring to trial a binder containing the originals of their respective exhibits.

6. The trial will commence on ___Dec. 1, 2009___ at ___9:30 AM___ or as soon thereafter as the matter may be heard, at:

Address:   United States Bankruptcy Court
Martin Luther King, Jr. Federal Building & Courthouse
3rd Floor, 50 Walnut Street
Newark, New Jersey 07102

Courtroom # 3A - Honorable Morris Stern

**ALL PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**

m:\cmf\bayonne medical center\preferences\total repair express\joint scheduling order.doc